UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

ENRIQUE RODRIGUEZ VALLADARES,        Case No. 16-11447-RAM

Debtor.                                              Chapter 7

_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR REGIONS BANK AND REQUEST FOR NOTICE UNDER RULE 2002 AND RESERVATION OF RIGHTS

The undersigned hereby appears on behalf of Creditor, **REGIONS BANK,** and pursuant to Bankruptcy Rule 2002 requests that he be served with all notices, motions and papers and added to the matrix as follows:

Ronald B. Cohn, Esq.
BURR & FORMAN, LLP
201 North Franklin Street
Suite 3200
Tampa, Florida 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
Email: rcohn@burr.com

**PLEASE TAKE FURTHER NOTICE** that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in Rules 2002 and 9007, but also includes, without limitation, all reports filed with the Office of the U.S. Trustee, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of Regions Bank.

**PLEASE TAKE FURTHER NOTICE** that Regions Bank intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Regions Bank's right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) Regions Bank's right to trial by jury in any proceeding so triable in this case or any

case, controversy, or proceeding related to this case; (3) Regions Bank's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Regions Bank is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments, which rights Regions Bank expressly reserves.

## CERTIFICATE OF ADMISSION

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,

Ronald B. Cohn, Esq.
Florida Bar No. 599786
BURR & FORMAN, LLP
201 North Franklin Street
Suite 3200
Tampa, Florida 33602
813.221-2626
813.221-7335 (facsimile)
rcohn@burr.com
Attorneys for Regions Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March __1__, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or parties of record, either

    (a)    Via Electronic Filing generated by CM/ECF to:

- Marguerite C. White, Esq.    megwhite4@msn.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

and

    (b)    Via U.S. mail to:

Enrique Rodriguez Valladares
1550 Venetian Avenue
Coral Gables, Florida 33134

Soneet Kapila
P.O. Box 14213
Ft. Lauderdale, Florida 33302

_____
RONALD B. COHN, Esq.