UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                    Case No. 16-11447-BKC-RAM

ENRIQUE RODRIGUEZ VALLADARES,            Chapter 7

     Debtor.
_____/

### RE-NOTICE OF TAKING RULE 2004 EXAMINATION *DUCES TECUM*

*(Reschedules Examination Previously Set for April 18, 2016 at 10:00 a.m.)*

Soneet R. Kapila, Chapter 7 Trustee, by the undersigned attorney, will examine **ENRIQUE RODRIGUEZ VALLADARES** under oath on **May 5, 2016 at 2:00 p.m.** at **Leiderman Shelomith, P.A., 2699 Stirling Road, Suite C401, Ft. Lauderdale, Florida 33312.** The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time, without the necessity of the filing of an objection.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

**The examinee is further requested to produce all documents on the attached Schedule "A" on or before May 2, 2016,** to Leiderman Shelomith, P.A., 2699 Stirling Road, **Suite C401, Ft. Lauderdale, Florida 33312.** Failure to timely produce all of the documents on the attached Schedule "A" within the specified time may result in the continuance of the examination. If this is an examination of the Debtor and the individual being examined requires the services of a Certified Court Interpreter, the Debtor is responsible for arranging and paying for the services of a Certified Court Interpreter.

_____
Leiderman Shelomith, P.A., Attorneys at Law
2699 Stirling Road, Suite C401, Ft. Lauderdale, FL 33312 · Tel. (954) 920-5355 · Fax (954) 920-5371

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served on April 15, 2016 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Enrique Rodriguez Valladares, 1550 Venetian Ave, Coral Gables, FL 33134.

        LEIDERMAN SHELOMITH, P.A.
        Attorneys for Soneet R. Kapila
        2699 Stirling Road, Suite C401
        Ft. Lauderdale, Florida 33312
        Telephone: (954) 920-5355
        Facsimile: (954) 920-5371

        By:_____/s/_____
        ZACH B. SHELOMITH
        Florida Bar No. 0122548
        zshelomith@lslawfirm.net

## **SCHEDULE "A"**

## **GENERAL INSTRUCTIONS AND DEFINITIONS**

1. All documents requested to be produced shall be made available for inspection and copying at the offices of undersigned counsel on or before the date indicated on the notice, as set forth above. This is a continuing request and you are under a duty to seasonably produce additional documents or answers responsive to any request upon later discovering information or acquiring documents not originally produced. If you know that the response, though correct when made, is no longer true, then the failure to amend the response is in substance a knowing concealment.

2. **As used herein the terms "you", "your", or "yourself" refer to the Debtor herein**. Those terms further specifically include all employees, agents, representatives, or any other person acting or purporting to act on the Debtor's behalf either at the time of the events in question or at the present, unless the context of the request makes it clear that only the Debtor is connoted.

3. As used herein the terms "person(s)", "individual(s)", and "entity(ies)" mean any natural individual in any capacity whatsoever or any body or organization, including divisions, departments, and other units thereof, and shall include, but not be limited to, a public or private corporation, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

4. As used herein the term "describe" means to specify completely and accurately the subject matter upon which inquiry is made using factual statements.

5. As used herein the term "document" means any medium upon which intelligence or information can be recorded or retrieved, and includes, without limitation, the original and each copy, regardless of origin and location, of any book, pamphlet, periodical, letter, memorandum [including any memorandum or report of a meeting or conversation], invoice, bill, order form, receipt, financial statement, accounting entry, diary, calendar, telex, telegram, cable, report, record, contract, agreement, study, handwritten note, draft, working paper, chart, paper, print, laboratory record, drawing, sketch, graph, index, list, tape, photograph, microfilm, data sheet or data processing card, CD-ROM, disk, diskette, or any other written, recorded, transcribed, punched, taped, filmed, computerized, or graphic matter, however produced or reproduced, which is in your possession, custody, or control or which was, but is no longer, in your possession, custody, or control.

6. As used herein the term "communication" means any oral or written utterance, notation, or statement of any nature whatsoever, by and to whomsoever made, including, but not limited to, correspondence, conversations, dialogues, discussions, interviews, consultations, agreements, and other understandings between or among two or more persons.

7. Any or all documents or communications identified herein that are no longer in your possession, custody, or control because of destruction, loss, or any other reason, should be identified as follows:
      a. Describe the nature of the document or communication [e.g., whether it is/was a

      letter, memorandum, etc.];
  b. State the date of the document or communication;
  c. Identify the persons who sent and received, respectively, the original and each copy of the document or communication;
  d. State in as much detail as possible the contents of the document or communication; and
  e. State the manner and date of disposition of the document or communication.

      8.    If you contend that you are entitled to withhold from production any or all documents or communications identified herein on the basis of the attorney-client privilege, the work product doctrine, or any other ground, identify the document(s) or communication(s) as follows:
  a. Describe the nature of the document [e.g., whether it is/was a letter, memorandum, etc.];
  b. State the date of the document;
  c. Identify the persons who sent and received the original and each copy of the document;
  d. State the subject matter of the document; and
  e. State the basis upon which you contend you are entitled to withhold the document from production.

      9.    As used herein, the word "or" appearing in a request should not be read so as to eliminate any part of the request, but, whenever applicable, it should have the same meaning as the word "and."

      10.    **If you do not have any documents responsive to a particular request, please indicate that.**

## DOCUMENTS REQUESTED

      1.    Provide any and all statements (including copies of all canceled checks that are listed on said statements), relating to any of your bank, credit union, or other accounts (checking accounts, savings accounts, loan accounts, money market accounts, stock accounts, brokerage accounts, and investment accounts), and any account in which you are a signatory or you have or had a legal or equitable interest, at any banking or financial institution, for the time period between January 31, 2014 and January 31, 2016 (including accounts that have since been closed), including, but not limited to, each of the account(s) listed on Item # 17 of your Schedule "B", your Wells Fargo Joint Account # xxxx-8649, your closed Citibank USA account (as listed in Item # 20 of your Statement of Financial Affairs) and your closed Terra Bank account (as listed in Item # 20 of your Statement of Financial Affairs).

      2.    Provide a copy of the title to your 2014 Toyota RAV4.

      3.    Provide the most recent account statement for your IRA listed on Item # 21 of your Schedule "B".

      4.    Provide the most recent account statement for your 2014 Toyota RAV4, through World Omni Financial.

Case 16-11447-RAM    Doc 33    Filed 04/15/16    Page 5 of 6

Notice of Taking Rule 2004 Examination *Duces Tecum*
Case No. 16-11447-BKC-RAM
Page 5 of 6

5.  Provide any and all documents relating to the business loan with Amnon Mizrachi, including any and all promissory notes and accountings. Also provide an accounting of how the proceeds from such loan were utilized.

6.  Provide any and all documents relating to the business loan with David Melamed, including any and all promissory notes and accountings. Also provide an accounting of how the proceeds from such loan were utilized.

7.  Your credit report.

8.  Your spouse's credit report.

9.  Any and all documents and records that evidence your income in the amount of $2,255.00 per month, as listed on Item # 8 of your Schedule "I".

10. Provide copies of your 2012, 2013, 2014 and 2015 federal income tax returns.

11. Provide copies of any and all pleadings (including all complaints, responsive pleadings and dispositive motions) in the divorce proceeding styled Valladares v. Valladares, Case No. 2014-018966-FC-04.

12. Please provide copies of any and all financial affidavits filed or provided to Ana Valladares in the in the divorce proceeding styled Valladares v. Valladares, Case No. 2014-018966-FC-04.

13. Provide copies of any and all pleadings (including all complaints, responsive pleadings and dispositive motions) in the collection proceeding styled Amon Mizrachi v. Miami International and Valladares, Case No. 2015-01882.

14. Provide color photographs of all of your personal property listed on Part 3 of Schedule "B", including pictures of all 4 walls of each room in your residence.

15. Provide copies of any and all mortgages, liens, claims and encumbrances against the real property located at 1550 Venetia Ave, Coral Gables, FL 33134, a property in which you have a remainder interest, which was not disclosed on your bankruptcy schedules.

16. Provide copies of any and all mortgages, liens, claims and encumbrances against the real property located at 591 SW 32 Ave, Miami, FL 33135, a property in which you have a joint tenants with right of survivorship interest, which was not disclosed on your bankruptcy schedules.

17. Please provide copies of any deeds to any other real properties that were not disclosed on your bankruptcy schedules.

18. For any corporation or company for which you are or were an owner, officer, director, member, manager, or shareholder, or any partnership for which you are or were a partner, or any sole proprietorship that you own or have owned, at any time between January 31, 2012 and January 31, 2016, including, but not limited to, "Valladares Manufacturing, Inc." and "Miami International Apparel, Inc." (as listed on your Statement of Financial Affairs # 27), as well

_____
Leiderman Shelomith, P.A., Attorneys at Law
2699 Stirling Road, Suite C401, Ft. Lauderdale, FL 33312 · Tel. (954) 920-5355 · Fax (954) 920-5371

as "Fast & Easy Freight Corp", please provide the following documents, for the time period between January 31, 2014 and today:

a. Copies of all tax returns filed for 2013, 2014 and 2015.
b. Any and all bank statements (including copies of all canceled checks referenced on them) for the above-referenced period (including accounts that have since been closed).
c. A copy of the 2015 and 2016 (to date) general ledger.
d. A current balance sheet (cash basis and accrual basis).
e. A balance sheet (cash basis and accrual basis) as of January 31, 2016.
f. A profit and loss report covering 2015 and 2016 (to date).
g. An accounting of all monies that you loaned to the company.
h. Color photographs of all assets.
i. An accounts receivable report, by customer (including name and address), as of January 31, 2016.
j. An accounts payable report as of January 31, 2016.

_____

Leiderman Shelomith, P.A., Attorneys at Law
2699 Stirling Road, Suite C401, Ft. Lauderdale, FL 33312 · Tel. (954) 920-5355 · Fax (954) 920-5371