**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case Number: | 16-11447 RAM | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Enrique Rodriguez Valladares | Filed (f) or Converted (c): | 01/31/16 (f) |
| | | §341(a) Meeting Date: | 03/07/16 |
| Period Ending: | 03/31/16 | Claims Bar Date: | |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | University Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Wells Fargo<br>PARTIALLY EXEMPT | 7,948.00 | Unknown | | 0.00 | Unknown |
| 3 | IRA<br>EXEMPT | 12,000.00 | 0.00 | | 0.00 | FA |
| 4 | Single Family Home  2840 SW 100th Avenue Miami FL 33165<br>Miami-Dade county<br>JOINT/EXEMPT | 550,000.00 | 0.00 | | 0.00 | FA |
| 5 | Single Family Home  620 Trinidad Court Winter Park FL 32792<br>Orange county<br>JOINT/EXEMPT | 75,000.00 | Unknown | | 0.00 | Unknown |
| 6 | 624 Trinidad Winter Park FL 32792<br>JOINT/EXEMPT | 75,000.00 | Unknown | | 0.00 | Unknown |
| 7 | Single Family Home  2923 Antique Oak Circle Winter Park FL<br>32792 Orange county<br>JOINT/EXEMPT | 65,000.00 | Unknown | | 0.00 | Unknown |
| 8 | 680 Saint Johns Court Winter Park FL 32792<br>JOINT/EXEMPT | 75,000.00 | Unknown | | 0.00 | Unknown |
| 9 | 693 St Johns Court Winter Park FL 32792<br>JOINT/EXEMPT | 75,000.00 | Unknown | | 0.00 | Unknown |
| 10 | Single Family Home  220-222 SW 36th Avenue Miami FL<br>33135 Miami-Dade county<br>JOINT/EXEMPT | 400,000.00 | Unknown | | 0.00 | Unknown |
| 11 | Single Family Home  4320 NW 4th Terrace Miami FL 33135<br>Miami-Dade county<br>JOINT/EXEMPT | 350,000.00 | Unknown | | 0.00 | Unknown |
| 12 | Single Family Home  2017 NW 1st Terrace Miami FL 33135<br>Miami-Dade county<br>JOINT/EXEMPT | 300,000.00 | Unknown | | 0.00 | Unknown |
| 13 | Toyota Rav4 2014 48000 miles<br>PARTIALLY EXEMPT | 18,500.00 | 0.00 | | 0.00 | FA |
| 14 | Clothes | 50.00 | 0.00 | | 0.00 | FA |
| 15 | Watch | 50.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| **TOTALS** (Excluding Unknown Values) | $2,003,548.00 | $0.00 | $0.00 | $580,600.00 |

**Major activities affecting case closing:**
CBD: NONE SET
TAX RETURN: NONE REQUIRED AT THIS TIME

THE TRUSTEE HIRED ZACH SHELOMITH, ESQ. TO REPRESENT THE ESTATE. THE TRUSTEE IS INVESTIGATING THE DEBTOR'S FINANCIAL AFFAIRS.

**Initial Projected Date of Final Report (TFR):** September 01, 2017          **Current Projected Date of Final Report (TFR):** September 01, 2017

**Form 2**
**Cash Receipts and Disbursements Record**

No Accounts for this Case