UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                    Case No. 16-11447-BKC-RAM

ENRIQUE RODRIGUEZ VALLADARES,              Chapter 7

    Debtor.
_____/

**TRUSTEE'S AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS AND TO FILE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

        Chapter 7 Trustee, Soneet Kapila (the "Trustee"), by undersigned counsel, pursuant to Fed. R. Bankr. P. 4003 and 4004, and on an *ex parte* basis, requests the Court enter an order extending the Trustee's deadline within which to object to the Debtor's claimed exemptions and to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, up to and including July 8, 2016, and states:

        1.     This case was commenced by the filing of a voluntary Chapter 7 petition on January 31, 2016.  Soneet Kapila was appointed interim trustee and became permanent trustee by operation of law.

        2.     The Trustee, through undersigned counsel, is in the process of investigating several issues in this case, including whether any grounds exist to object to the Debtor's claimed exemptions and/or to the Debtor's discharge, pursuant to 11 U.S.C. § 727.

        3.     In furtherance of the Trustee's investigation, the Trustee scheduled the Debtor's Rule 2004 Examination *Duces Tecum* for May 5, 2016 at 10:00 a.m.  In addition, undersigned counsel requested that the Debtor provide the Trustee with numerous documents and records on or before April 28, 2016.

        4.     Although the Debtor provided the undersigned counsel with some of the requested documents and records, he failed to provide all of the requested documents and records.

        5.     As a result, the May 5, 2016 Rule 2004 Examination was canceled.

        6.     The current deadline within which to object to the Debtor's claimed exemptions and

to file a complaint objecting to the Debtor's discharge is May 6, 2016.

7. Additional time is needed for the Trustee to complete his investigation into the Debtor's financial affairs.

8. Therefore, the Trustee requests an extension of time to object to the Debtor's claimed exemptions and to file a complaint objecting to the Debtor's discharge, up to and including July 8, 2016.

9. Furthermore, the Trustee requests that the extension(s) of the deadline(s) referenced above apply for the Office of the United States Trustee, as well.

10. Undersigned counsel conferred with the Debtor's counsel, who has no objection to the relief requested herein.

WHEREFORE, the Trustee respectfully requests the Court enter an order extending the deadline within which to object to the Debtor's claimed exemptions and to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, up to and including July 8, 2016, and for such other and further relief as the Court deems just and proper.

Dated: May 5, 2016.

LEIDERMAN SHELOMITH, P.A.
Attorneys for Soneet Kapila
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
FELIPE PLECHAC-DIAZ
Florida Bar No. 0105483
fplechacdiaz@lslawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was served on May 5, 2016 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Enrique Rodriguez Valladares, 1550 Venetian Ave, Coral Gables, FL 33134.

By:_____/s/_____

_____

Felipe Plechac-Diaz

_____

Leiderman Shelomith, P.A., Attorneys at Law
2699 Stirling Road, Suite C401, Ft. Lauderdale, FL 33312 · Tel. (954) 920-5355 · Fax (954) 920-5371