UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:  Case No. 16-11447-BKC-RAM

ENRIQUE RODRIGUEZ VALLADARES,  Chapter 7

    Debtor.
_____/

**TRUSTEE'S MOTION TO COMPEL TURNOVER OF CERTAIN
DOCUMENTS AND RECORDS OF THE BANKRUPTCY ESTATE**

    Chapter 7 Trustee, Soneet Kapila (the "Trustee"), by undersigned counsel, pursuant to 11 U.S.C. § 542, requests that the Court enter an order compelling the Debtor to turn over certain documents and records, which the Trustee asserts are property of the bankruptcy estate, as specified below, and states:

    1.    This case was commenced by the filing of a voluntary Chapter 7 petition on January 31, 2016 by Enrique Rodriguez Valladares (the "Debtor"). Soneet Kapila was appointed interim trustee and became permanent trustee by operation of law.

    2.    The Trustee, through undersigned counsel, is in the process of investigating several issues in this case, including whether any grounds exist to object to the Debtor's discharge, pursuant to 11 U.S.C. § 727.

    3.    In furtherance of the Trustee's investigation, the Trustee scheduled the Debtor's Rule 2004 Examination on April 18, 2016, undersigned counsel requested that the Debtor provide the Trustee with numerous documents and records.

    4.    The Debtors provided some, but not all, of the requested documents and records. As a result the Rule 2004 Examination was rescheduled to May 5, 2016.

    5.    The Debtor did not provide the remainder of the requested documents and records. As a result the rescheduled Rule 2004 Examination was canceled as well.

    6.    The remaining documents and records (collectively, the "Documents"), still outstanding include the following:

      a.      Statements (including copies of all canceled checks that are listed on said statements), relating to any of your bank, credit union, or other accounts (checking accounts, savings accounts, loan accounts, money market accounts, stock accounts, brokerage accounts, and investment accounts), and any account in which you are a signatory or you have or had a legal or equitable interest, at any banking or financial institution, for the time period between January 31, 2012 and January 31, 2016 (including accounts that have since been closed), including, but not limited to, each of the account(s) listed on Item # 17 of your Schedule "B", your Wells Fargo Accounts # xxxx-8649 and xxxx-8173, your closed Citibank USA account (as listed in Item # 20 of your Statement of Financial Affairs), your closed Terra Bank account (as listed in Item # 20 of your Statement of Financial Affairs), your First Direct Account # xxxx-2591, and your University Credit Union Account;

      b.      The account statement for your 2014 Toyota RAV4, through World Omni Financial;

      c.      Any and all documents relating to the business loan with Amnon Mizrachi, including any and all promissory notes and accountings. Also provide an accounting of how the proceeds from such loan were utilized.

            i.    Accounting of how proceeds from loan were utilized.

      d.      Any and all documents relating to the business loan with David Melamed, including any and all promissory notes and accountings. Also provide an accounting of how the proceeds from such loan were utilized.

      e.      Spouse's credit report.

      f.      Any and all documents and records that evidence your income in the amount of $2,255.00 per month, as listed on Item # 8 of your Schedule "I".

      g.      Provide copies of your 2012, 2013, 2014 and 2015 federal income tax returns.

      h.      Provide copies of any and all pleadings (including all complaints, responsive pleadings and dispositive motions) in the divorce proceeding styled *Valladares v. Valladares*, Case No. 2014-018966-FC-04.

      i.      Provide copies of any and all mortgages, liens, claims and encumbrances against the real property located at 1550 Venetia Ave, Coral Gables, FL 33134, a property in which you have a remainder interest, which was not disclosed on your bankruptcy schedules.

      j.      Provide copies of any and all mortgages, liens, claims and encumbrances against the real property located at 591 SW 32 Ave, Miami, FL 33135, a property in which you have a joint tenant with right of survivorship interest, which was not disclosed on your bankruptcy schedules.

      k.      For any corporation or company for which you are or were an owner, officer, director, member, manager, or shareholder, or any partnership for which you are or were a partner, or any sole proprietorship that you own or have owned, at any time between January 31, 2012 and January 31, 2016, including, but not limited to, "Valladares Manufacturing, Inc." and "Miami International Apparel, Inc." (as listed on your Statement of Financial Affairs # 27), for the time period between January 31, 2014 and today:

      l.      Copies of all tax returns filed for 2013, 2014 and 2015.

      m.      Any and all bank statements (including copies of all canceled checks referenced on them) for the above-referenced period (including accounts that have since been closed).

            i.    Valladares Manufacturing, Inc.

            ii.    Miami International Apparel, Inc.

      n.      A copy of the 2015 and 2016 (to date) general ledger.

            i.    For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

      o.      A current balance sheet (cash basis and accrual basis).

            i.    For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

      p.      A balance sheet (cash basis and accrual basis) as of January 31, 2016.

            i.    For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

  q. A profit and loss report covering 2015 and 2016 (to date).
    i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.
  r. An accounting of all monies that you loaned to the companies.
    i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.
  s. Color photographs of all assets.
  t. An accounts receivable report, by customer (including name and address), as of January 31, 2016.
    i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.
  u. An accounts payable report as of January 31, 2016.
    i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

  7. The Debtor has failed to provide any of the above-referenced Documents to the Trustee.

  8. The Trustee provided the Debtor's counsel with email updates regarding the missing Documents on May 4, 2016, and May 20, 2016. Additionally, the Trustee has made several attempts to contact Debtor's counsel by phone.

  9. Pursuant to 11 U.S.C. § 521(a)(4), the Debtor has the duty to surrender to the Trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate. The Debtor has failed to fulfill his duties as a debtor under the Bankruptcy Code.

  10. The Trustee therefore requests that the Court compel the Debtor to turn over the Documents within 7 days from the entry of an Order on this Motion.

  WHEREFORE, the Trustee respectfully requests the Court enter an order compelling the Debtor to turn over the Documents within 7 days of the date of an Order granting this Motion, and granting such other and further relief as the Court deems just and proper.

  Dated: June 30, 2016    LEIDERMAN SHELOMITH ALEXANDER
                + SOMODEVILLA, PLLC
                Attorneys for Soneet Kapila
                2699 Stirling Road, Suite C401
                Ft. Lauderdale, Florida 33312
                Telephone: (954) 920-5355
                Facsimile: (954) 920-5371

                By:_____/s/_____
                  FELIPE PLECHAC-DIAZ
                  Florida Bar No. 0105483
                  fpd@lsaslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing motion was served on June 30, 2016 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Enrique Rodriguez Valladares, 1550 Venetian Ave, Coral Gables, FL 33134.

                                      By:_____/s/_____
                                              Felipe Plechac-Diaz