

**ORDERED in the Southern District of Florida on August 2, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                          Case No. 16-11447-BKC-RAM

ENRIQUE RODRIGUEZ VALLADARES,           Chapter 7

    Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO COMPEL TURNOVER OF CERTAIN DOCUMENTS AND RECORDS OF THE BANKRUPTCY ESTATE**

THIS CAUSE came on before the Court on July 28, 2016 at 11:00 a.m., upon the Trustee's Motion to Compel Turnover of Certain Documents and Records of the Bankruptcy Estate (the "Motion"), and the Court, having reviewed the Motion and the file, hearing arguments from Trustee's counsel, and being otherwise duly advised in the premises,

**ORDERS** as follows:

1.    The Motion is GRANTED.

2.    The Debtor shall turn over to the Trustee's counsel the following documents and records, no later than August 4, 2016:

a.    Statements (including copies of all canceled checks that are listed on said

statements), relating to any of the Debtor's bank, credit union, or other accounts (checking accounts, savings accounts, loan accounts, money market accounts, stock accounts, brokerage accounts, and investment accounts), and any account in which the Debtor is a signatory or the Debtor has or had a legal or equitable interest, at any banking or financial institution, for the time period between January 31, 2012 and January 31, 2016 (including accounts that have since been closed), including, but not limited to, each of the account(s) listed on Item # 17 of the Debtor's Schedule "B", the Debtor's Wells Fargo Accounts # xxxx-8649 and xxxx-8173, the Debtor's closed Citibank USA account (as listed in Item # 20 of the Debtor's Statement of Financial Affairs), the Debtor's closed Terra Bank account (as listed in Item # 20 of the Debtor's Statement of Financial Affairs), the Debtor's First Direct Account # xxxx-2591, and the Debtor's University Credit Union Account;

    b.    The account statement for the Debtor's 2014 Toyota RAV4, through World Omni Financial;

    c.    Any and all documents relating to the business loan with Amnon Mizrachi, including any and all promissory notes and accountings. Also provide an accounting of how the proceeds from such loan were utilized.

        i.    Accounting of how proceeds from loan were utilized.

    d.    Any and all documents relating to the business loan with David Melamed, including any and all promissory notes and accountings. Also provide an accounting of how the proceeds from such loan were utilized.

    e.    The Debtor's spouse's credit report.

    f.    Any and all documents and records that evidence the Debtor's income in the amount of $2,255.00 per month, as listed on Item # 8 of the Debtor's Schedule "I".

    g.    Copies of the Debtor's 2012, 2013, 2014 and 2015 federal income tax returns.

    h.    Copies of any and all pleadings (including all complaints, responsive pleadings and dispositive motions) in the divorce proceeding styled *Valladares v. Valladares*, Case No. 2014-018966-FC-04.

    i.    Copies of any and all mortgages, liens, claims and encumbrances against the real property located at 1550 Venetia Ave, Coral Gables, FL 33134, a property in which the Debtor has a remainder interest, which was not disclosed on the Debtor's bankruptcy schedules.

    j.    Copies of any and all mortgages, liens, claims and encumbrances against the real property located at 591 SW 32 Ave, Miami, FL 33135, a property in which the Debtor has a joint tenant with right of survivorship interest, which was not disclosed on the Debtor's bankruptcy schedules.

    k.    For any corporation or company for which the Debtor is or was an owner, officer, director, member, manager, or shareholder, or any partnership for which the Debtor is or was a partner, or any sole proprietorship that the Debtor owns or has owned, at any

time between January 31, 2012 and January 31, 2016, including, but not limited to, "Valladares Manufacturing, Inc." and "Miami International Apparel, Inc." (as listed on the Debtor's Statement of Financial Affairs # 27), for the time period between January 31, 2014 and today:

    l.        Copies of all tax returns filed for 2013, 2014 and 2015.

    m.       Any and all bank statements (including copies of all canceled checks referenced on them) for the above-referenced period (including accounts that have since been closed).
- i. Valladares Manufacturing, Inc.
- ii. Miami International Apparel, Inc.

    n.       A copy of the 2015 and 2016 (to date) general ledger.
- i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

    o.       A current balance sheet (cash basis and accrual basis).
- i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

    p.       A balance sheet (cash basis and accrual basis) as of January 31, 2016.
- i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

    q.       A profit and loss report covering 2015 and 2016 (to date).
- i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

    r.       An accounting of all monies that the Debtor loaned to the companies.
- i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

    s.       Color photographs of all assets.

    t.       An accounts receivable report, by customer (including name and address), as of January 31, 2016.
- i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

    u.       An accounts payable report as of January 31, 2016.
- i. For Valladares Manufacturing, Inc. and Miami International Apparel, Inc.

**###**

**Submitted by:**

Zach B. Shelomith, Esq.
Leiderman Shelomith Alexander +
Somodevilla, PLLC
2699 Stirling Rd # C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
zbs@lsaslaw.com

**Copies furnished to:**

Zach B. Shelomith, Esq.

Attorney Shelomith is directed to serve copies of this order on all interested parties and to file a certificate of service.