UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE: ) Case No: 16-11447-RAM
) Chapter 7
)
ENRIQUE RODRIGUEZ )
VALLARDARES )
)
)
_____Debtor(s)_____/

### CROSS-NOTICE OF TAKING RULE 2004 EXAMINATION DUCES TECUM

Creditor and Party of Interest, ANA VALLARDARES, by and through undersigned counsel, gives notice that it shall examine Enrique Rodrigquez Valldares ("the debtor"), under oath on August 5th, 2016 at 10:00 am at the office of Leiderman Shelomith Alexander and Somdeveille, PLLC, 2699 Stirling Road, Suite C401, Ft. Lauderdale, FL 33312. The examination may continue from day to day until completed.

The examination is being conducted pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure, and Local Rule 2004-1, Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Florida, and will be taken before an officer authorized to record the testimony. The Scope of the examination shall be described in FRBP 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

ANA VALLARDARES further requests that prior to the date of the examination, the examinees make available for copy or inspection all documents ought by the Trustee in this Notice of Taking Rule 2004 Examination Duces Tecum (DE 68).

ANGELO A. GASPARRI, ESQ.
*Counsel for Ana Valladares*
1080 S. Federal Highway
Boynton Beach, FL 33435
Telephone: 561-826-8986
Fax: 561-935-9706
angelo@drlclaw.com

By: _____/s/ Angelo A. Gasparri_____
FBN: 32158

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via cm/ecf this 3rd Day of August, 2016 to all counsel of record and interested parties having made an appearance through CM/ECF.

        ANGELO A. GASPARRI, ESQ.
        *Counsel for Daniel Weiss*
        1080 S. Federal Highway
        Boynton Beach, FL  33435
        Telephone:   561-826-8986
        Fax:             561-935-9706
        angelo@drlclaw.com

        By: _____/s/ Angelo A. Gasparri_____
                  FBN:  32158